IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALEJANDRA CASTANEDA, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS – TEXAS TECH § <br> UNIVERSITY SCIENCE CENTER – EL § <br> PASO, § <br> *Defendant*. § | CIVIL ACTION NO.  3:24-cv-00189-LS |

### ORDER GRANTING STAY OF DISCOVERY
### PENDING RESOLUTION OF INTERLOCUTORY APPEAL

On this day came to be heard Defendant Texas Tech University Health Sciences Center-El Paso ("TTUHSCEP")'s Motion for Stay Pending Appeal pending interlocutory appeal. After considering the pleadings and the arguments of counsel, the Court finds the Motion should be **GRANTED**.

The Court **FINDS** that it has granted TTUHSCEP's permission to appeal the Court's order denying TTUHSCEP's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt.12). The Court entered an amended order concurrently with this Motion.

The Court further **FINDS** that there is a serious legal question involved in the appeal, and that the balance of equities weighs in favor of granting the stay of discovery pending appeal, as the stay will prevent lengthy litigation.

The Court therefore **ORDERS** that all discovery in this matter is stayed pending resolution of the appeal.

SIGNED this _____ day of December, 2024.

                                                           _____
                                                           HONORABLE JUDGE LEON SCHYDLOWER