IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALEJANDRA CASTANEDA, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> § CIVIL ACTION NO. 3:24-cv-00189-LS <br> STATE OF TEXAS – TEXAS TECH § <br> UNIVERSITY HEALTH SCIENCES § <br> CENTER AT EL PASO, § <br> *Defendant*. § | |

## JOINT REQUEST FOR CONSOLIDATION

**TO THE HONORABLE JUDGE LEON SCHYDLOWER:**

Plaintiffs Alejandra Castaneda, Cecilia Castaneda, and Defendant Texas Tech University Health Sciences Center-El Paso ("TTUHSCEP") files this Motion to Consolidate this cause with cause number 3:24-cv-00190-LS, *Cecilia Castaneda v. Texas Tech University Health Sciences Center-El Paso*, and in support thereof, shows the Court the following:

1. On March 4, 2025, TTUHSCEP filed its Motion to Consolidate (Dkt. 22). After the filing, Plaintiffs' counsel emailed TTUHSCEP's counsel and stated that Plaintiffs were unopposed to the consolidation.

2. Therefore, the parties respectfully request the Court enter the order of consolidation and consolidate this cause with cause number 3:24-cv-00190-LS.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief for General Litigation Division

*/s/ Stephanie A. Criscione /s/*
**STEPHANIE A. CRISCIONE**
Assistant Attorney General
Texas Bar No. 24109768
Office of the Attorney General
P.O. Box 12548 Capitol Station
Austin, Texas 78711-25848
(512) 936-1675 Fax: (512) 320-0667
Stephanie.Criscione@oag.texas.gov
**LEAD COUNSEL FOR DEFENDANT**

-    AND   -

  *Michael M. Osterberg (with permission)*

Enrique Chavez, Jr.
Texas Bar No. 24001873
Michael R. Anderson
Texas Bar No. 24087103
Michael M. Osterberg
Texas Bar No. 24108991
**Chavez Law Firm**
2101 N. Stanton Street
El Paso, Texas 79902
(915) 351-7772
enriquechavezjr@chavezlawpc.com
manderson@chavezlawpc.com
mikeosterberg@chavezlawpc.com
*Attorneys for Plaintiff*