

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

---

**STEPHANIE A. CRISCIONE**
Assistant Attorney General
General Litigation Division

PHONE:        512-936-1675
FAX:        (512) 320-0667
EMAIL:        Stephanie.Criscione@oag.texas.gov

March 31, 2025

Via CM/ECF System
Honorable Judge Leon Schydlower
United States District Court
Western District of Texas- El Paso Division
525 Magoffin Avenue
El Paso, Texas 79901

> Re:    Cause No. 3:24-cv-00189-LS *Alejandra Castaneda v. Texas Tech University Health Sciences Center-El Paso* Stephanie A. Criscione Vacation Letter

Honorable Judge Schydlower:

Please let this letter serve as notice that counsel for Defendant Texas Tech University Health Sciences Center-El Paso will be on vacation between April 21, 2025, and April 25, 2025, and respectfully requests no hearings be scheduled during this time.

Thank you for your time and consideration. By copying all counsel of record on this correspondence, I am notifying them of the same.

Sincerely,

*/s/ Stephanie A. Criscione*
**STEPHANIE A. CRISCIONE**
Assistant Attorney General

cc:  Enrique Chavez Jr. enriquechavezjr@chavezlawpc.com    *Via CM/ECF and/or Email*
       Mike Osterberg MikeOsterberg@chavezlawpc.com