# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ALEJANDRA CASTANEDA and CECILIA CASTANEDA, § § § | |
| *Plaintiffs*, § § | No. 3:24-cv-00189-LS |
| v. § § | |
| STATE OF TEXAS - TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER EL PASO, § § § § | |
| *Defendant*. § § | |

## ORDER FOR HEARING

Plaintiff Cecilia Castaneda moves to compel discovery from the defendant. The Court sets this matter for hearing on **July 21, 2025, at 2:00 p.m.** in District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**SO ORDERED.**

**SIGNED** and **ENTERED** on June 27, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE